UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | No. 3:06Cr88 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | ORDER |
| ANTONIO MAURICE CRAIG, | ) | |
| Defendant | ) | |

For the reasons set forth in Defendant's Redaction Request (Doc. No. 85), the Request is hereby GRANTED, and the Transcript will be redacted to reflect the request.

IT IS SO ORDERED.

Signed: June 6, 2008

Frank D. Whitney
United States District Judge